# UNITED STATES DISTRICT COURT

Northern _____ DISTRICT OF _____ Iowa

UNITED STATES OF AMERICA

## JUDGMENT OF ACQUITTAL

V.

DAVID D. SCHMIT

CASE NUMBER: 5:19-CR-4077-LTS-KEM

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Leonard T. Strand                    Chief Judge
Name of Judge                        Title of Judge

7/28/2022
_____
                   Date